# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2019

*The Court of Appeals hereby passes the following order*

**A19D0271. ELLEN CURIEL STRAUSS f/k/a ELLEN CURIEL FRANCIS v. EDDIE YEHESKEL FRANCIS .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2003CV68313



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, February 07, 2019.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*